# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Sammeon Leonard Lewis, | Case No.: 2:23-cv-00199-JAD-BNW |
| Petitioner | |
| v. | **Order Dismissing Improperly Commenced Habeas Case** |
| State of Nevada, | |
| Respondent | |

Petitioner Sammeon Leonard Lewis filed this federal habeas petition to challenge his 2022 Nevada state-court conviction for attempted larceny.[1] Unfortunately, this matter has not been properly commenced because he has not filed an application to proceed *in forma pauperis* or paid the filing fee.

For this reason, IT IS ORDERED that this action is DISMISSED without prejudice to the petitioner's ability to file a **new** habeas petition in a **new** action with either the $5.00 filing fee or a completed application to proceed *in forma pauperis* on the proper form with both an inmate account statement for the past six months and a properly executed financial certificate.

IT IS FURTHER ORDERED that a certificate of appealability is denied because jurists of reason would not find the court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

IT FURTHER IS ORDERED that **the Clerk is directed to**:

---

[1] ECF No. 1-1.

- **SEND** petitioner two copies each of an application form to proceed *in forma pauperis* for incarcerated persons and a noncapital Section 2254 habeas petition form, one copy of the instructions for each form, and a copy of the papers that he submitted in this action;
- **ENTER JUDGMENT** accordingly; and
- **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
February 13, 2023